## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | |
|---|---|
| Shawn M Hoffmann<br>Mira Hoffmann | Case No.: 19-15819<br><br>Chapter: 13 |
| Debtor(s) | Judge A. Benjamin Goldgar |

### NOTICE OF WITHDRAWAL OF MOTION FOR RELIEF FROM STAY FILED ON 11/21/2019 (DOCKET ENTRY #37)

TO:
Glenn B Stearns, Chapter 13 Trustee, 801 Warrenville Road Suite 650, Lisle, IL 60532 by electronic notice through ECF
Shawn M Hoffmann, Mira Hoffmann,, Debtor(s), 521 Harrisburg Ct, Lindenhurst, IL60046
David M Siegel, Attorney for Debtor(s), 790 Chaddick Drive, Wheeling, IL 60090by electronic notice through ECF

Now comes the Movant, CITIZENS BANK NA f/k/a RBS CITIZENS NA, by its attorneys, Codilis & Associates, P.C., and hereby withdraws its Motion for Relief from the Automatic Stay or in the alternative to Dismiss the Case filed on 11/21/2019 as Docket Entry #37.

### PROOF OF SERVICE

The undersigned, an attorney, hereby certifies that I have served a copy of this Notice of Withdrawal upon the parties listed above, as to the Trustee and Debtor's attorney via electronic notice on December 2, 2019and as to the debtor(s) by causing same to be mailed in a properly addressed envelope, postage prepaid, from 7140 Monroe Street, Willowbrook, IL 60527 before the hour of 5:00 PM on December 2, 2019.

/s/ Joel P. Fonferko
Attorney for Movant

Berton J. Maley ARDC#6209399
Rachael A. Stokas ARDC#6276349
Peter C. Bastianen ARDC#6244346
Joel P. Fonferko ARDC#6276490
Brenda Ann Likavec ARDC#6330036
Karl V. Meyer ARDC#6220397
Grant W. Simmons ARDC#6330446
**Codilis & Associates, P.C.**
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
**C&A FILE 14-19-00578**
NOTE: This law firm is a debt collector.