### STATEMENT OF DEFAULT

Debtor(s): Shawn M. Hoffmann   Case No. 19 B 15819   Chapter 13

Moving Creditor: TD Auto Finance LLC   Date Case Filed: 06/03/2019

Nature of Relief Sought:   ☒ Lift Stay   ☐ Annul Stay   ☐ Other (describe)_____

Chapter 13:   Date of Confirmation Hearing _____ or Date Plan Confirmed 9/20/2019

1. Collateral

    a. ☐ Home
    b. ☒ Car   2014 Chevrolet Traverse
    c. ☐ Other (describe)_____

2. Balance Owed as of Petition Date $15,961.46
   Total of all other Liens against Collateral $0

2. In Chapter 13 cases, if a post-petition default is asserted in the motion, attach a payment history listing the amounts and dates of all payments received from the debtor(s) post-petition:
   _____

3. Estimated Value of Collateral (*must* be supplied in *all* cases) $20,000.00

4. Default

    a. ☐ Pre-Petition Default
       Number of months _____   Amount $_____

    b. ☒ Post-Petition Default
       i. ☒ On direct payments to the moving creditor
          Number of months   5   Amount $ 2,442.80
       ii. ☐ On payments to the Standing Chapter 13 Trustee
          Number of months _____   Amount $_____

5. Other Allegations

    a. ☒ Lack of Adequate Protection §362(d)(1) _____
       i. ☐ No insurance
       ii. ☐ Taxes unpaid   Amount $_____
       iii. ☒ Rapidly depreciating asset _____
       iv. ☐ Other _____
    b. ☒ No Equity and not Necessary for an Effective Reorganization § 362(d)(2)
    c. ☐ Other "Cause" § 362(d)(1)
       i. ☐ Bad Faith (describe)_____
       ii. ☐ Multiple filings
       iii. ☐ Other (describe)_____
    d. Debtor's Statement of Intention regarding the Collateral
       i. ☐ Reaffirm   ii. ☐ Redeem
       iii. ☐ Surrender   iv. ☐ No Statement of Intentions Filed

Date: December 27, 2019   /s/ Kathryn A. Klein
                          Attorney for TD Auto



T0606DM　　　　Account History　　　　　　　　　　　　　　　PAGE: 1 OF 3

Account:　　　　　　　　　　　　as of
　　　　　　　　　　　　　Dec 27, 2019

| Vehicle: 14 | CHEVROLET |
|---|---|
| VIN: 1GNKVGKDXEJ128113 | |

| Total # of Payments Delinquent | | |
|---|---|---|
| 30 Days | 60 Days | 90+ Days |
| 1 | 1 | 2 |
| **Next Pymt Due** | **Amount Due** | **Fees Due** | **Fees Paid** |
| | 0.00 | 0.00 | 0.00 |

| Type of Financing: | Simple Interest |
|---|---|
| Contract Date | 06/25/2016 |
| Maturity Date | 07/09/2022 |
| 1st Payment Date | 08/09/2016 |
| Term: 72　　APR: | 09.9900 |
| Extensions | 0 |
| Total of Payments: | 35,176.32 |
| Estimated Finance Charge | 8,898.32 |
| Service Contract | 0.00 |
| A&H Insurance | 0.00 |
| Credit Life Insurance | 0.00 |
| GAP Insurance | 0.00 |

SHAWN HOFFMANN
521 HARRISBURG CT
LINDENHURST　　　IL　　　60046-7897

This is a Simple Interest Account. Finance Charge and the Total of Payments is Estimated, based on the assumption that all payments will be paid on each Scheduled Due Date.

If an asterisk (*) appears before a Transaction Description, the Transaction is only for Internal Accounting Purposes.

Case 19-15819　Doc 45-2　Filed 12/27/19　Entered 12/27/19 15:44:32　Desc
T0606DM　　　　Account History　　　　　　　　　　　　　　　PAGE: 1 OF 3

**TD**
T0606DM   Account History
as of
Dec 27, 2019

Account:

| Date | Description | Amount | Principal | Finance Charge | Principal Balance |
|---|---|---|---|---|---|
| 06-25-2016 | FUNDING | | | | 26,278.00 |
| 08-05-2016 | REGULAR PAYMENT | 488.56 | 194.49 | 294.07 | 26,083.51 |
| 09-08-2016 | REGULAR PAYMENT | 488.56 | 246.50 | 242.06 | 25,837.01 |
| 10-06-2016 | REGULAR PAYMENT | 488.56 | 291.10 | 197.46 | 25,545.91 |
| 11-09-2016 | REGULAR PAYMENT | 488.56 | 251.49 | 237.07 | 25,294.42 |
| 11-09-2016 | RETURN CHECK/ADJUSTMENT | -488.56 | -251.49 | -237.07 | 25,545.91 |
| 11-16-2016 | REGULAR PAYMENT | 488.56 | 202.68 | 285.88 | 25,343.23 |
| 12-09-2016 | REGULAR PAYMENT | 488.56 | 329.46 | 159.10 | 25,013.77 |
| 01-13-2017 | REGULAR PAYMENT | 488.56 | 249.36 | 239.20 | 24,764.41 |
| 02-09-2017 | REGULAR PAYMENT | 488.56 | 305.56 | 183.00 | 24,458.85 |
| 03-09-2017 | REGULAR PAYMENT | 488.56 | 301.12 | 187.44 | 24,157.73 |
| 04-12-2017 | REGULAR PAYMENT | 488.56 | 263.75 | 224.81 | 23,893.98 |
| 05-11-2017 | REGULAR PAYMENT | 488.56 | 298.91 | 189.65 | 23,595.07 |
| 05-11-2017 | RETURN CHECK/ADJUSTMENT | -488.56 | -298.91 | -189.65 | 23,893.98 |
| 05-18-2017 | REGULAR PAYMENT | 488.56 | 253.13 | 235.43 | 23,640.85 |
| 06-09-2017 | REGULAR PAYMENT | 488.56 | 346.21 | 142.35 | 23,294.64 |
| 07-13-2017 | REGULAR PAYMENT | 488.56 | 271.79 | 216.77 | 23,022.85 |
| 08-04-2017 | REGULAR PAYMENT | 488.56 | 349.93 | 138.63 | 22,672.92 |
| 09-07-2017 | REGULAR PAYMENT | 488.56 | 277.56 | 211.00 | 22,395.36 |
| 10-05-2017 | REGULAR PAYMENT | 488.56 | 316.94 | 171.62 | 22,078.42 |
| 11-02-2017 | REGULAR PAYMENT | 488.56 | 319.36 | 169.20 | 21,759.06 |
| 12-04-2017 | REGULAR PAYMENT | 488.56 | 297.99 | 190.57 | 21,461.07 |
| 12-29-2017 | REGULAR PAYMENT | 488.56 | 341.71 | 146.85 | 21,119.36 |
| 01-02-2018 | REGULAR PAYMENT | 488.56 | 318.21 | 170.35 | 21,142.86 |
| 01-02-2018 | RETURN CHECK/ADJUSTMENT | -488.56 | -318.21 | -170.35 | 21,461.07 |
| 02-07-2018 | REGULAR PAYMENT | 488.56 | 257.35 | 231.21 | 20,862.01 |
| 03-08-2018 | REGULAR PAYMENT | 488.56 | 322.97 | 165.59 | 20,539.04 |
| 04-06-2018 | REGULAR PAYMENT | 488.56 | 325.53 | 163.03 | 20,213.51 |
| 05-08-2018 | REGULAR PAYMENT | 488.56 | 311.53 | 177.03 | 19,901.98 |
| 06-11-2018 | REGULAR PAYMENT | 488.56 | 303.35 | 185.21 | 19,598.63 |
| 07-06-2018 | REGULAR PAYMENT | 488.56 | 354.46 | 134.10 | 19,244.17 |
| 08-09-2018 | REGULAR PAYMENT | 488.56 | 309.48 | 179.08 | 18,934.69 |
| 09-10-2018 | REGULAR PAYMENT | 488.56 | 322.73 | 165.83 | 18,611.96 |
| 10-10-2018 | REGULAR PAYMENT | 488.56 | 335.73 | 152.83 | 18,276.23 |
| 11-14-2018 | REGULAR PAYMENT | 488.56 | 313.48 | 175.08 | 17,962.75 |
| 12-10-2018 | REGULAR PAYMENT | 488.56 | 360.74 | 127.82 | 17,602.01 |
| 01-11-2019 | REGULAR PAYMENT | 488.56 | 334.39 | 154.17 | 17,267.62 |
| 02-14-2019 | REGULAR PAYMENT | 488.56 | 327.88 | 160.68 | 16,939.74 |
| 03-04-2019 | REGULAR PAYMENT | 488.56 | 405.10 | 83.46 | 16,534.64 |
| 04-04-2019 | REGULAR PAYMENT | 488.56 | 348.27 | 140.29 | 16,186.37 |
| 05-10-2019 | REGULAR PAYMENT | 488.56 | 329.07 | 159.49 | 15,857.30 |
| 06-11-2019 | REGULAR PAYMENT | 488.56 | 349.68 | 138.88 | 15,507.62 |

If an asterisk (*) appears before a Transaction Description, the Transaction is only for Internal Accounting Purposes.



T0606DM  Account History  PAGE: 3 OF 3

**Account:**

as of
Dec 27, 2019

| Date | Description | Amount | Principal | Finance Charge | Principal Balance |
|---|---|---|---|---|---|
| 07-22-2019 | REGULAR PAYMENT | 488.56 | 314.54 | 174.02 | 15,193.08 |
| | **Total Principal and Finance Charge Paid:** | | 11,084.92 | 6,503.24 | |

If an asterisk (*) appears before a Transaction Description, the Transaction is only for Internal Accounting Purposes.