*Form G5 (20170105_bko)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### Eastern Division

| | | |
|---|---|---|
| In Re:<br>Shawn M. Hoffmann,<br><br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>) | BK No.: 19-15819<br><br>Chapter: 13<br>Honorable A. Benjamin Goldgar<br>Lake County |

## ORDER MODIFYING AUTOMATIC STAY

This matter is before the Court on the Motion for Relief from the Automatic Stay filed by TD Auto Finance LLC (ATD Auto@) and it appearing to the Court that cause exists to modify the automatic stay and that TD Auto is otherwise entitled to the relief requested,

IT IS ORDERED that the aforesaid request for relief from the automatic stay is granted and that TD Auto may enforce its rights against the property described as:
2014 Chevrolet Traverse, VIN: 1GNKVGKDXEJ128113,
pursuant to the terms and conditions of contract and applicable non-bankruptcy law.    *In rem remedies only.*

IT IS FURTHER ORDERED that Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure is hereby waived and thus TD Auto may immediately enforce and implement this Order.

IT IS FURTHER ORDERED that the Trustee shall cease payments on the secured claim of TD Auto after the effective date of this Order until such time as an amended claim has been filed or further Order of this Court.

Enter:

Honorable A. Benjamin Goldgar
United States Bankruptcy Judge

Dated: **10 JAN 2020**

**Prepared by:**
Kathryn A. Klein
Riezman Berger, P.C.
7700 Bonhomme, 7th Floor
St. Louis, Missouri 63105
(314) 727-0101
Fax (314) 727-1086